IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BETH TUNGATE, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-0579 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| VOLVO TRUCKS OF NORTH | ) | |
| AMERICA, LLC., a foreign corporation, | ) | |
| and SOUTHWEST MISSOURI TRUCK | ) | |
| CENTER, INC., a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion to dismiss (Docket Entry No. 9) is **GRANTED in part** and **DENIED in part**. Plaintiff's common law tort claims are hereby **DISMISSED with prejudice**. The Defendants' motion to dismiss is **DENIED** as to Plaintiff's claims under the Tennessee Consumer Protection Act, Tenn. Code Ann. § 47-18-104.

It is so **ORDERED**.

**ENTERED** this the ____ day of November, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge